| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Eastern** District of **California** (State) |
| Case number (If known): _____ Chapter _____ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Hill Top Real Estate, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  81-1588159

4. **Debtor's address**

   **Principal place of business**
   1050 Iron Point Road
   Number     Street

   Folsom     CA     95630
   City     State     ZIP Code

   Sacramento
   County

   **Mailing address, if different from principal place of business**
   Number     Street

   P.O. Box

   City     State     ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number     Street

   City     State     ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  Hill Top Real Estate, LLC
        Name                                   Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   6  2  1  4

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No
   ☐ Yes.  District _____  When ___/___/_____  Case number _____
                                    MM / DD / YYYY
           District _____  When ___/___/_____  Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ■ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When ___/___/_____
                                                   MM / DD / YYYY
            Case number, if known _____

Debtor  Hill Top Real Estate, LLC    Case number *(if known)*_____
       *Name*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number    Street

    _____
    City    State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Hill Top Real Estate, LLC**
Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/20/2019
MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

Jeffrey Von Hill, DO PA
Printed name

Title **Manager**

**18. Signature of attorney**

X _/s/ signature_
Signature of attorney for debtor

Date 12/20/19
MM / DD / YYYY

Thomas A. Willoughby
Printed name

Felderstein Fitzgerald Willoughby Pascuzzi & Rios, LLP
Firm name

500 Capitol Mall, Suite 2250
Number    Street

Sacramento
City

CA
State

95814
ZIP Code

916-329-7400
Contact phone

twilloughby@ffwplaw.com
Email address

137597
Bar number

CA
State

# RESOLUTION OF
# HILL TOP REAL ESTATE, LLC

Hill Top Real Estate, LLC, hereby makes the following resolution:

WHEREAS, the affairs of the business of this LLC had not been successfully conducted for several months and this LLC is insolvent and unable to pay its debts as they arise.

BE IT THEREFORE RESOLVED, that the LLC file a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California, and

BE IT FURTHER RESOLVED, that Jeffrey Von Hill. DO PA, Manager, is authorized to prepare the necessary Petition and by his single signature execute all necessary documents, including Schedules of Assets and Liabilities, and Statement of Financial Affairs and bind the LLC thereby in the Chapter 11 case as the responsible officer of the LLC.

BE IT FURTHER RESOLVED, that said Manager is authorized to engage the services of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP of Sacramento, California, and the firm is hereby retained to act on behalf of the LLC in connection with such proceeding.

The undersigned certifies that he is the Manager of Hill Top Real Estate, LLC.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said LLC this 20th day of December 2019.

HILL TOP REAL ESTATE, LLC
a California limited liability company

By: _____
Jeffrey Von Hill, DO PA, Manager

---

**Fill in this information to identify the case:**

Debtor name: Hill Top Real Estate, LLC

United States Bankruptcy Court for the: Eastern　　District of: CA (State)

Case number (If known): _____

☐ Check if this is an amended filing

---

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Greg Porter<br>1700 Dove Tail Lane<br>El Dorado Hill, CA 95762 | | | | | | $1,425,000.00 |
| 2 | Bryan Williamson<br>1945 North 1640<br>West Provo, UT 84604 | | | | | | $89,740.00 |
| 3 | Sacramento County Tax Collector<br>700 H Street<br>Sacramento, CA 95812 | | Taxes | | | | $88,556.74 |
| 4 | Real Estate Law Group<br>700 University Avenue, Suite 100<br>Sacramento, CA 95825 | | | | | | $29,153.00 |
| 5 | SMUD<br>P.O. Box 1555<br>Sacramento, CA 95852 | | Utilities | | | | $8,658.84 |
| 6 | Hanson Bridgett<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | | | | | | $5,680.00 |
| 7 | Alison Turner<br>2100 Northrup Avenue, Suite 500<br>Sacramento, CA 95825 | | Accounting Services | | | | $3,761.80 |
| 8 | City of Folsom<br>50 Natoma Street<br>Folsom, CA 95630 | | Utilities and Alarm | | | | $1,156.80 |

Official Form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　　page 1

Debtor    Hill Top Real Estate, LLC    Case number (if known) _____
　　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899 | | Utilities | | | | $492.39 |
| 10 | Allpro Backflow<br>P.O. Box 2193<br>Folsom, CA 95763 | | | | | | $375.00 |
| 11 | Clark Pest Control<br>P.O. Box 1480<br>Lodi, CA 95241 | | Pest Control Service | | | | $294.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　page 2

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name: Hill Top Real Estate, LLC |
| United States Bankruptcy Court for the: Eastern District of California (State) |
| Case number (If known): _____ |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/20/2019
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Jeffrey Von Hill, DO PA
Printed name

Manager
Position or relationship to debtor