THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: jniemann@ffwplaw.com

Proposed Attorneys for Hill Top Real Estate, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

HILL TOP REAL ESTATE, LLC,

    Debtor-In-Possession.

CASE NO. 19-27845-A-11

**LIST OF EQUITY SECURITY HOLDERS**

The following is the list of the equity security holders of the debtor, including the last known address and number and kind of interests registered in the name of each holder.

| Registered name of equity security holder and last known address or place of business | Number of shares of Common Stock or other interest registered |
|---|---|
| Jeffrey Von Hill<br>4016 Monte Verde Dr,<br>El Dorado Hills, CA 95762-5523 | 50% Membership Interest |
| Kapri Hill<br>4016 Monte Verde Dr,<br>El Dorado Hills, CA 95762-5523 | 50% Membership Interest |
| **Total** | **100%** |

*(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)*

**DECLARATION**

I, Jeffrey Von Hill, DO, am the Manager of Hill Top Real Estate, LLC the debtor herein, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders,

///

1 consisting of 2 pages (including this declaration), and that it is true and correct to the best of my
2 information and belief.
3 Dated: January 3, 2020

          */s/ Jeffrey Von Hill, DO*
4           Jeffrey Von Hill, DO