# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re **Hill Top Real Estate, LLC**

Debtor(s)

Case Number: **19-27845-A-11**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . (Included the filing fee) . . . . . . . . . . . . . . . . . . . . . . $ **10,000.00**
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **10,000.00** *
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

   *Our firm also received $40,000 pre-petition which we deposited in trust to be applied only after Court approval of fee applications in the case.

2. The source of the compensation paid to me was:

   [✓] Debtor      [ ] Other *(specify)*

3. The source of compensation to be paid to me is:

   [✓] Debtor      [ ] Other *(specify)*

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in contested bankruptcy matters;

   e. [Other provisions as needed]

   See Attached Addendum

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services, insofar as these services are not mandated by Local Rule 2017-1 of the Eastern District of California.

See Attached Addendum

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/3/2020
Date

/s/ Thomas A. Willoughby
Signature of Attorney

Thomas A. Willoughby
Felderstein Fitzgerald Willougthby Pascuzzi & Rios LLP
Name of Law Firm

Revised December 2015

## ADDENDUM TO DISCLOSURE OF COMPENSATION
## OF ATTORNEY FOR DEBTOR

**Scope of Services**

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP ("FFWPR") has been retained to file a Chapter 11 bankruptcy case for Hill Top Real Estate, LLC ("Hill Top").

Hill Top is liable for substantial secured and unsecured debt and has limited assets from which to pay its debts. Hill Top has requested FFWPR's services, and FFWPR has agreed to provide services in preparing for filing and handling a chapter 11 case for Hill Top. The purpose of the Chapter 11 case is to negotiate and pay all debts and interests to the extent possible and possibly reorganize pursuant to a Chapter 11 plan.

FFWPR will provide only those legal services reasonably required to represent Hill Top in the Chapter 11 case.

FFWPR does not provide advice in other areas of the law, such as tax, environmental or employment, or in non-legal matters such as business and financial planning, or asset protection. Hill Top may need to consult with other professionals in those areas as the need arises. FFWPR is not being retained by any business owned or controlled by Hill Top.

If so agreed, FFWPR may file or defend in bankruptcy court litigation including adversary proceedings in the Chapter 11 case, which seeks a recovery (including any equitable relief) from or against a third party.