THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Hill Top Real Estate, LLC,
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>HILL TOP REAL ESTATE, LLC,<br>a California limited liability<br>company,<br><br>Debtor-In-Possession. | CASE NO.: 19-27845-A-11<br><br>Chapter 11<br><br>Date: January 22, 2020<br>Time: 9:00 a.m.<br>Courtroom: 28<br>501 I Street, 6th Floor<br>Sacramento, CA |

**SUPPLEMENTAL DECLARATION OF DAVID CARTER IN RESPONSE TO THE COURT'S ORDER TO APPEAR AND SHOW CAUSE WHY A PATIENT CARE OMBUDSMAN SHOULD NOT BE APPOINTED**

I, David Carter, declare as follows:

1. I am the proposed Chief Restructuring Officer ("CRO") for Hill Top Real Estate, LLC Chapter 11 debtor and debtor in possession (the "Debtor"). I have been acting CRO of the Debtor since the Petition Date, but my role, in this case, remains contingent on Court approval.

2. In response to a request from the Office of the United States Trustee, I hereby supplement my original declaration in response to the Court's order to appear and show cause why a patient care ombudsman should not be appointed ("Original Declaration").

3. As described more fully in my Original Declaration, I have personal knowledge of the facts stated herein and can and would testify accurately as to the facts stated in this declaration.

4. The "State of the Art Scanning and IT Equipment defined in the Original

-1-

Declaration is not currently in use; before its use, further employee training and certifications are required.

5.  The employees being certified are not employed by the Debtor but are employed by one of the physician practices also described in the Original Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2020, in Shingle Springs, California.

_____
DAVID CARTER