THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Hill Top Real Estate, LLC,
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>HILL TOP REAL ESTATE, LLC,<br>a California limited liability company,<br><br>　　　Debtor-In-Possession. | CASE NO.: 19-27845-A-11<br><br>Chapter 11<br><br>DCN: FWP-3<br><br>Date:　January 21, 2020 [Per OST]<br>Time:　9:00 a.m.<br>Courtroom: 28<br>　　　501 I Street, 6th Floor<br>　　　Sacramento, CA |

**DEBTOR'S HEARING STATUS REPORT TO COURT REGARDING JANUARY 21, 2020 ON UTILITY ADEQUATE PROTECTION MOTION**

　　　Hill Top Real Estate, LLC, the Debtor-in-Possession herein (the "Debtor"), respectfully submits the following status report for the Debtor's SMUD Adequate Assurance Motion (FWP-3) set on the Court's January 21, 2010, at 9:00 calendar (the "January 21 Hearing"):

　　　1.　　The Debtor and SMUD have agreed that the required utility deposit will be $4,166.90 (the "Utility Deposit") instead of the previously requested $10,000.

　　　2.　　Elevation Physicians today initiated an ACH wire transaction in the amount of $4,166.90 to SMUD to fund the Utility Deposit, and the Debtor will ask the Court to withdraw its motion without prejudice at the January 21 Hearing.

Dated: January 17, 2020

　　　　　　　　　　　　　　　　　　　FELDERSTEIN FITZGERALD
　　　　　　　　　　　　　　　　　　　WILLOUGHBY PASCUZZI & RIOS LLP

　　　　　　　　　　　　　　　　　　　By: *Thomas A. Willoughby*
　　　　　　　　　　　　　　　　　　　　　THOMAS A. WILLOUGHBY
　　　　　　　　　　　　　　　　　　　Proposed Attorneys for Debtor