THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for Hill Top Real Estate, LLC,
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>HILL TOP REAL ESTATE, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO.:  19-27845-A-11<br><br>Chapter 11<br><br>DCN:  FWP-5<br><br>[NO HEARING REQUIRED] |

**ORDER APPROVING DEBTOR'S APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE AND HEARING ON EMERGENCY MOTION TO DISMISS CHAPTER 11 CASE AND TO RETAIN JURISDICTION TO ADJUDICATE FEE APPLICATIONS**

The Court having considered the Application (the "Application") of Hill Top Real Estate, LLC, the Debtor and Debtor in Possession herein (the "Debtor") for a reduction of time for service and notice of hearing on its Motion to Dismiss Chapter 11 Case and to Retain Jurisdiction to Adjudicate Fee Applications (the "Dismissal Motion") good cause appearing for such request,

IT IS HEREBY ORDERED that:

1. The Application is granted;

2. The Debtor may set its hearing on the Dismissal Motion on this Court's February 4, 2020, at 9:00 a.m. law and motion calendar;

3. The Debtor shall serve this Application and supporting documents via mail on January 22, 2020, on the U.S. Trustee, all secured and unsecured creditors, the applicable governmental entities, and parties that have requested special notice (the "All Creditor and Parties

RECEIVED
January 22, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006681240

in Interest List").

4. The Debtor shall serve the Motion via mail on January 24, 2020, on the "All Creditor and Parties in Interest List.

5. Any opposition to the Motion may be presented at the hearing.

6. Any creditor or party in interest may object to the entry of this Order Shortening Time at the hearing on February 4, 2020 at 9:00 a.m.

Dated: Jan 23, 2020

Fredrick E. Clement
United States Bankruptcy Judge

ORDER SHORTENING TIME
RE DISMISSAL MOTION

-2-