## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

**Case Title:** Hill Top Real Estate, LLC

**Case No.:** 19-27845 - A - 11

**Docket Control No.**

**Date:** 01/22/2020
**Time:** 9:00 AM

**Matter:** [9] - Order to Appear and Show Cause Why a Patient Care Ombudsman Should Not Be Appointed as Transmitted to BNC for Service. Hearing to be held on 1/22/2020 at 09:00 AM at Sacramento Courtroom 28, Department A. (msts)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Janice Busch
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Thomas A. Willoughby
**Respondent(s):**
Creditor's Attorney - Daniel L. Egan; (by phone) Creditor's Attorney - Jeffrey Wisler;  U.S. Trustee's Attorney - Jason Blumberg

---

## CIVIL MINUTES

As more fully set forth on the record,

The court will discharge the order to show cause and order that an ombudsman not be appointed, at this time, as there are no patients, records, or operating equipment that would deem it necessary under 11 U.S.C. §333(a)

The court will issue an order.