**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                                  ) Case No. 19-27845 - A - 11
Hill Top Real Estate, LLC,             ) Docket Control No. FWP-3
Debtor.                                ) Document No. 20
                                       ) Date: 01/21/2020
                                       ) Time: 9:00 AM
_____) Dept: A
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the motion is dropped from calendar at the request of the moving party.

Dated: Jan 25, 2020

_____
**Fredrick E. Clement**
**United States Bankruptcy Judge**

[20] - Motion/Application to Determine Adequate Assurance of Payment for Postpetition Utility Services by SMUD [FWP-3] Filed by Debtor Hill Top Real Estate, LLC (msts) [20] - Motion/Application to Prohibit SMUD from Altering, Refusing or Discontinuing Service [FWP-3] Filed by Debtor Hill Top Real Estate, LLC (msts)