**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 19-27845 - A - 11
Hill Top Real Estate, LLC,         ) Docket Control No.
Debtor.                            ) Document No. 9
                                   ) Date: 01/22/2020
                                   ) Time: 9:00 AM
_____) Dept: A
```

**Order**

For the reasons stated orally on the record,

IT IS ORDERED that the Order to Show Cause is discharged. A Patient Care Ombudsman is not appointed at this time.

Dated: Jan 25, 2020

_____
Fredrick E. Clement
United States Bankruptcy Judge

[9] - Order to Appear and Show Cause Why a Patient Care Ombudsman Should Not Be Appointed as Transmitted to BNC for Service. Hearing to be held on 1/22/2020 at 09:00 AM at Sacramento Courtroom 28, Department A. (msts)