THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Attorneys for Hill Top Real Estate, LLC,
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>HILL TOP REAL ESTATE, LLC, a California limited liability company,<br><br>Debtor-In-Possession. | CASE NO.: 19-27845-A-11<br><br>Chapter 11<br><br>DCN: FWP-7<br><br>Date: April 14, 2020<br>Time: 9:00 a.m.<br>Courtroom: 28<br>          501 I Street, 6th Floor<br>          Sacramento, CA |

**MOTION OF DAVID CARTER FOR FIRST AND FINAL ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTOR**

David Carter, the duly retained Chief Restructuring Officer in the above-captioned bankruptcy case of Hill Top Real Estate, LLC, the Debtor and Debtor in Possession herein (the "Debtor" or "Hill Top"), respectfully submits this Motion for First and Final Allowance of Fees and Reimbursement of Expenses as Chief Restructuring Officer for the Debtor (the "Motion"). The Motion requests fees in the amount of $28,298.00 and reimbursement of expenses in the amount of $688.00 for a total of $28,986.00 for the period of December 20, 2019, through February 4, 2020.

**BACKGROUND OF DEBTOR AND CASE STATUS**

1. The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on December 20, 2019 (the "Petition Date").

2. On January 30, 2020, this Court entered its order approving the employment of Mr. Carter as Chief Restructuring Officer effective as of December 20, 2019 (Docket No. 88).

3. The Debtor had no patients and no medical records. Its business involved the ownership of real property located at 1050 Iron Point Road, Folsom, California (the "Subject Property") to be the home of the V5 Medical Campus and approximately $3,000,000 in medical and office equipment to be leased to medical office tenants of the V5 Medical Campus.

4. The Debtor filed this case to stop a foreclosure sale of the Subject Property.

5. On January 24, 2020, the Debtor filed its Motion to Dismiss Chapter 11 Case and to Retain Jurisdiction to Adjudicate Fee Applications (Docket No. 77). On February 5, 2020 this Court entered its Order Approving Debtor's Motion to Dismiss Chapter 11 Case and to Retain Jurisdiction to Adjudicate Fee Applications (Docket No.97).

6. The Debtor believes that all administrative claims other than the professional fees have been fully paid during the bankruptcy case. The CRO will look to the Debtor for payment of any fees and costs approved pursuant to this motion.

**FEE MOTION AND EXHIBITS**

The fees incurred by Mr. Carter for the period covered by this Motion total $28,298.00, as summarized in the table below.

| Code | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| 1 | Case Planning | 33.91 | $275 | $9,323.00 |
| 2 | Court and OUST Filings | 44.75 | $275 | $12,306.00 |
| 3 | Management | 24.25 | $275 | $6,669.00 |
| | | **102.91** | | **$28,298.00** |

The actual time, nature and extent of Mr. Carter's services are summarized in the following section and are shown in more detail in his invoice attached as Exhibit A to the Exhibit document filed herewith.

**DESCRIPTION OF SERVICES PROVIDED BY THE CHIEF RESTRUCTURING OFFICER**

The services performed by Mr. Carter for the period covered by this Motion are summarized

below.

**Work Code 1: Case Planning**

Mr. Carter expended 33.91 hours in this category for a total charge of $9,323.00. The services performed in this category generally included, but were not limited to participating in numerous meetings, telephone conferences and email exchanges with case parties regarding case status and strategy; researching potential funding sources for a possible DIP facility, reviewing and commenting on the various motions that were filed in the case; participating in numerous calls with potential investors; preparation of the D&O insurance application; participating in telephone conferences with EPIC Insurance; participating in telephone conferences with a potential purchaser of radiology and lease space; preparing cash forecasts; reviewing and commenting on the forbearance agreement terms with the Debtor's secured lender; attending the hearing on the motion to dismiss the case; and drafting the monthly operating reports.

**Work Code 2: Court and OUST Filings**

Mr. Carter expended 44.75 hours in this category for a total charge of $12,306.00. The services performed in this category generally included, but were not limited to performing extensive work locating the documentation and details needed for and preparation of the Schedules and Statement of Financial Affairs and the numerous documents requested by the U.S. Trustee's Office for the Initial Debtor interview; and preparing for and attending the Initial Debtor Interview and the 341 meeting of creditors.

**Work Code 3: Management**

Mr. Carter expended 24.25 hours in this category for a total charge of $6,669.00. The services performed in this category generally included, but were not limited to, working on the Debtor's financial plan; and preparing cash forecasts.

**Hours Charged over Daily Cap**

Per the terms of his engagement agreement with the Debtor, and the Debtor's Motion to retain him as its Chief Restructuring Officer, Mr. Carter agreed to cap his fees at $2,200 per day (equivalent to 8.0 hours of time at $275 per hour).

///

## EXPENSES

During the period covered by this Motion Mr. Carter incurred expenses in the amount of $688 as summarized below:

| Category | Total |
|---|---|
| Parking @$28 per day for 5 days | $140.00 |
| Mileage to/from Sacramento (102 miles/day @ $.53 per mile | $270.00 |
| Office Supplies | $278.00 |
| Total | $688.00 |

## PAYMENTS RECEIVED TO DATE

Mr. Carter has not received any payments to date in this case from any source. Mr. Carter will request payment for approved fees from the Debtor's post-dismissal business operations including any sales or refinancing activities to the extent this motion is approved.

## SUMMARY OF PRIOR FEE MOTIONS

This is Mr. Carter's first and final fee motion so no previous fee motions have been filed.

## RELIEF REQUESTED

Mr. Carter believes the detailed and summarized descriptions of the services he performed on behalf of the Debtor account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment, the results obtained, and the contingency thereof, as well as the actual hours expended. Mr. Carter believes full payment of his fees is justified when weighed against the benefit of his work.

WHEREFORE, Mr. Carter respectfully requests that the Court enter an order:

1. Granting first and final allowance of his fees in the amount of $28,298.00 and expenses in the amount of $688.00 for a total of $28,986.00 for the period of December 20, 2019, through February 4, 2020, as fair, reasonable, and necessary to the Estate;

2. Authorizing the Debtor to pay the final fees and expenses approved by the Court; and

///

///

3. Providing such other relief as the Court deems just and proper.

Dated: March 5, 2020

            FELDERSTEIN FITZGERALD
            WILLOUGHBY PASCUZZI & RIOS LLP

          By: */s/ Thomas A. Willoughby*
            THOMAS A. WILLOUGHBY
            Attorneys for Hill Top Real Estate, LLC