**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 19-27845 - A - 11
Hill Top Real Estate, LLC,,        ) Docket Control No. FWP-7
Debtor.                            ) Document No. 108
                                   ) Date: 04/14/2020
                                   ) Time: 9:00 AM
                                   ) Dept: A
```

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

David Carter's application for allowance of final compensation and reimbursement of expenses has been presented to the court. Having entered the default of respondent for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the application,

IT IS ORDERED that the application is approved on a final basis. The court allows final compensation in the amount of $28,298.00 and reimbursement of expenses in the amount of $688.00. The applicant is authorized to draw on any retainer held.

IT IS FURTHER ORDERED that the debtor in possession is authorized to pay the fees allowed by this order from available funds only if the estate is administratively solvent and such payment will be consistent with the priorities of the Bankruptcy Code.

Dated: Apr 15, 2020

_____
Fredrick E. Clement
United States Bankruptcy Judge

[108] - Motion/Application for Compensation [FWP-7] for David Carter, Other Professional(s) Filed by Other Professional David Carter (msts)